NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHLYN JENNINGS, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 09-5908 (DMC) |
| CARE ONE AT WAYNE, *et al.*, | |
| Defendants. | |

This matter comes before the Court upon motion by Plaintiff Stephlyn Jennings to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon considering Plaintiff's application;

**WHEREFORE** Plaintiff failed to complete the entire application required to proceed in District Court without prepaying fees or costs;

IT IS on this **26** day of May, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **denied without prejudice**; and it is further,

**ORDERED** that Plaintiff may resubmit her completed application to *in forma pauperis* within 30 days of this order.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File